In the Matter of AMAURY VILLALOBOS, Appellant, v EDWIN FELICIAN et al., Respondents.

Submitted May 23, 2005; decided July 6, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

---

JOHN S. ZUMPANO, Appellant, v JAMES F. QUINN, Individually and in His Capacity as Assistant Pastor at St. Agnes Catholic School, et al., Respondents.

Submitted July 5, 2005; decided July 6, 2005

Motion for reargument granted and, upon reargument, motion for leave to appeal granted [*see* 4 NY3d 710].